# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 4, 2015

### NO. 03-13-00762-CV

**Fakhrealam Atiq, Appellant**

**v.**

**CoTechno Group, Inc., Appellee**

**APPEAL FROM 207TH DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**REVERSED AND RENDERED ON REHEARING-- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment rendered by the trial court on October 23, 2013. The Court's opinion and judgment dated July 9, 2015, are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment dismissing appellee's claims against appellant for want of personal jurisdiction. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.